UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARMANDO TRUJILLO,

    Plaintiff,

v.                                        CASE NO.: 8:14-cv-1382-T-23EAJ

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

The defendant moves (Doc. 11) unopposed for the entry of judgment and for remand. The defendant's motion (Doc. 11) is **GRANTED**. Under 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and this action is **REMANDED** for further proceedings. The clerk is directed (1) to enter judgment reversing the decision of the Commissioner, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on December 23, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE